```
FILED
MAY 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    CWK    DEPUTY
```

Inge Brauer
Attorney at Law
State Bar No.: 68701
2240 "F" Street
San Diego, CA 92102

Tel. No.: (619) 238-1031
Fax No.: (619) 238-0930

Attorney for Defendant **VALENTIN ESCOBAR CHAVEZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08cr1518-CAB |
| Plaintiff, | ) | |
| v. | ) | SUBSTITUTION OF ATTORNEYS |
| **VALENTIN ESCOBAR CHAVEZ,** | ) | AND ORDER THEREON |
| Defendant. | ) | |

Defendant, hereby substitutes Inge Brauer, Attorney at Law, 2240 "F" Street, San Diego, California 92102, as her attorney of record in the above-referenced action, in place and stead of Ezequiel Cortez, Attorney at Law, 1010 Second Avenue, Suite 1850, San Diego, CA 92101.

Dated: _5-25-08_                    x Valentin Escobar
                                    **VALENTIN ESCOBAR CHAVEZ**
                                                Defendant

I consent to the above substitution.

Dated: _____        _____
                               **EZEQUIEL CORTEZ**
                               Attorney at Law

1                                                08MJ1518

1  Inge Brauer
   Attorney at Law
2  State Bar No.: 68701
   2240 "F" Street
3  San Diego, CA 92102

4  Tel. No.: (619) 238-1031
   Fax No.: (619) 238-0930
5

6  Attorney for Defendant **VALENTIN ESCOBAR CHAVEZ**

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    CASE NO.: 08cr1518-CAB
                                )
12          Plaintiff,          )
                                )
13 v.                           )    SUBSTITUTION OF ATTORNEYS
                                )    AND ORDER THEREON
   **VALENTIN ESCOBAR CHAVEZ,** )
14                              )
           Defendant.          )
15 _____)

16

17      Defendant, hereby substitutes Inge Brauer, Attorney at Law,

18 2240 "F" Street, San Diego, California  92102, as her attorney of

19 record in the above-referenced action, in place and stead of

20 Ezequiel Cortez, Attorney at Law, 1010 Second Avenue, Suite 1850,

21 San Diego, CA 92101.

22

23 Dated: _5-25-08_              x_Valentin Escobar_
                                **VALENTIN ESCOBAR CHAVEZ**
24                                     Defendant

25      I consent to the above substitution.

26

27 Dated: _05/27/08_

28                              **EZEQUIEL CORTEZ**
                                  Attorney at Law

                          1                        08MJ1518

1

2       Above substitution is accepted.

3   Dated: __5-25-08__                    _____

4                                         INGE BRAUER
                                          Attorney at Law
5

6                              **ORDER**

7

8       Good cause appearing therefore, **IT IS SO ORDERED.**

9

10  Dated: __5/27/08__                    _____

11                                        CATHY ANN BENCIVENGO
                                          U.S. MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28