|   |   |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | AARON B. CLARK |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 239764 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6787 / (619) 235-2757(Fax) |
|   | Email: aaron.clark@usdoj.gov |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1731H |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) |   |
| v. | ) | NOTICE OF APPEARANCE |
|   | ) |   |
| MAGDALENO CARRENO, JR. (1), and | ) |   |
| VALENTINE ESCOBAR-CHAVEZ (2) | ) |   |
|   | ) |   |
| Defendants. | ) |   |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None

1
2   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
3   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
4   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
5   association):
6   <u>Name</u> (If none, enter "None" below)
7   None
8
9   Please call me if you have any questions about this notice.
10   DATED: June 9, 2008
                                        Respectfully submitted,
11
                                        KAREN P. HEWITT
12                                      United States Attorney
13                                      s/*Aaron B. Clark*
                                        _____
14                                      Aaron B. Clark
                                        Assistant United States Attorney
15                                      Email: aaron.clark@usdoj.gov
16                                      Attorneys for Plaintiff
                                        United States of America
17
18
...
28

Notice of Appearance
United States v. Carreno et al.            2                           08-CR-1731H

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAGDALENO CARRENO, JR. (1), and )<br>VALENTINE ESCOBAR-CHAVEZ (2) )<br>)<br>Defendants. )<br>)<br>)<br>_____ ) | Case No. 08-CR-1731H<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Aaron B. Clark, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. John Fielding;
2. Inge Brauer

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2008.

s/*Aaron B. Clark*
Aaron B. Clark