FILED
AUG 14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1731-H |
|---|---|---|
| Plaintiff, | ) | **SUPERSEDING** |
| | ) | **I N F O R M A T I O N** |
| v. | ) | |
| | ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| MAGDALENO CARRENO, JR. (1), | ) | Distribution of Methamphetamine; |
| VALENTIN ESCOBAR-CHAVEZ (2), | ) | Title 21, U.S.C., |
| | ) | Sec. 841(a)(1) - Possession of |
| Defendants. | ) | Methamphetamine with Intent to |
| | ) | Distribute |

The United States Attorney charges:

Count 1

On or about April 23, 2008, within the Southern District of California, defendant MAGDALENO CARRENO JR. did knowingly and intentionally distribute 5 grams and more, to wit: approximately 38.15 grams (actual), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//
//
//
//

## Count 2

On or about May 14, 2008, within the Southern District of California, defendant VALENTIN ESCOBAR-CHAVEZ, did knowingly and intentionally possess, with intent to distribute 5 grams and more, to wit: approximately 43.15 grams (actual), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 8/14/08

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney