AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| VALENTIN ESCOBAR-CHAVEZ (2) | CASE NUMBER: 08CR1731-H |

I, VALENTIN ESCOBAR-CHAVEZ, the above named defendant, who is accused of Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine With Intent to Distribute, being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 8/14/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Valentin Escobar_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER